1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  KESLIE STEWART (CABN 184090)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340S
6    Oakland, California 94612
     Telephone: (510) 637-3680
7    Facsimile: (510) 637-3724
     E-Mail: Keslie.Stewart@usdoj.gov
8
   Attorneys for the United States of America
9

                        UNITED STATES DISTRICT COURT

                      NORTHERN DISTRICT OF CALIFORNIA

                              OAKLAND DIVISION

   UNITED STATES OF AMERICA,          )   No. 4-08-70295 WDB
                                      )
          Plaintiff,                  )   STIPULATION AND ORDER
                                      )   EXTENDING PRELIMINARY HEARING
       v.                             )   DATE FOR DEFENDANT OSCAR
                                      )   RAMOS VAZQUEZ TO JUNE 19, 2008 at
   OSCAR RAMOS VAZQUEZ,               )   10:00 a.m.
                                      )
          Defendant.                  )
   _____)

        With the agreement of the parties, and with the consent of the defendant, the Court enters

   this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or

   preliminary hearing date for Defendant Oscar Ramos Vazqez to June 19, 2008 at 10:00 a.m.

   before the Honorable Wayne D. Brazil.  Counsel for the defendant believes that postponing the

   preliminary hearing is in his client's best interest and that it is not in his client's best interest for

   the United States to present an indictment before the June 13, 2008 preliminary hearing date.

   ///

   ///

   ///


   4-08-70295 WDB

The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.

STIPULATED:

DATED:   6/10/2008

              /s/
SETH CHAZIN
Attorney for Defendant

DATED:   6/10/2008

              /s/
KESLIE STEWART
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 6/13/08

WAYNE D. BRAZIL
United States Magistrate Judge