**FILED**

JUN 1 9 2008

O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

OSCAR RAMOS VASQUEZ,
a/k/a Oscar Vasquez.

## WAIVER OF INDICTMENT

CASE NUMBER: CR-08-0397 CW

I, OSCAR RAMOS VASQUEZ _____, the above named defendant, who is accused of

knowingly transferring false identification documents that appeared to be issued by or under the authority of the United States, namely two counterfeit Lawful Permanent Resident Cards and two counterfeit Social Security Cards, knowing that such documents were produced without lawful authority, in violation of Title 18, United States Code, Section 1028 (a)(2),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on _____ 6/19/2008 _____ prosecution by indictment and consent that the pro-
                                              Date

ceeding may be by information rather than by indictment.

*Oscar Vazquez*
Defendant

*for Seth Chazin*
Counsel for Defendant

Before *Wayne D. Brazil*   6-19-08
              Judicial Officer