UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

JUL 2 3 2008

Case Number _____ CR08-00397 CW

Defendant's Name _____ Oscar Ramos Vasquez

Defense Counsel _____ Seth Chazin

Referral Date _____ 7/23/08

Sentencing Date _____ 10/8/08 _____ @ 2:00 p.m.

## NOTICE TO DEFENSE COUNSEL

The Court has directed that a

 X  Presentence Investigation

_____ Pre-Plea Report

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the Probation Office, Room 220S, before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: _____ SHEILAH CAHILL _____
Deputy Clerk

for use of Courtroom Deputies:                    )
                                                  )
·Is defendant in custody:   yes                   )
                                                  )
 Is defendant English-      No    ) Spanish
 speaking?                                         )
                                                  )
                                                  )

cc:  U. S. Probation