### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

#### Criminal Minute Order

FILED

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Lee-Anne Shortridge
**Date:** 7/23/08

**Plaintiff:** United States

**v.**                                    **No.** CR-08-00397 CW

**Defendant:** Oscar Ramos Vasquez (present - in custody
                                    interpreter used)


**Appearances for Plaintiff:**
Christine Wong for Kelsie Stewart

**Appearances for Defendant:**
Seth Chazin

**Interpreter:**
Ines Swaney (Spanish)

**Probation Officer:**


**Speedy Trial Date:**


#### Hearing:  Change of Plea

**Notes:**    Defendant enters under oath Rule 11(c)(1)(A) and (B) plea of
guilty to the single count Information charging Transfer of False
Identification Document in violation of 18 USC 1028(a)(2).  Plea
Agreement filed.  Defense counsel to provide signature of interpreter
on plea agreement at a later time.  Defendant previously waived
indictment.  Court finds factual basis for plea; Court accepts plea.
**Sentencing set for 10/8/08 at 2:00 p.m.** ✓PSR requested.

Copies to: Chambers; probation